June 14, 2023

The Honorable Patrick R Wyrick

U.S. Courthouse

100 N.W. 4th Street, Room 5012

Oklahoma City, Oklahoma 73102

IN RE:  United States of American vs Forest Duane Hammond: Case No. 22-CR-111-PRW; United States District Court for the Western District of Oklahoma

Dear Judge Wyrick:

I am Forest Hammonds grandmother and also was his guardian, I raised Forest from the age of 10. Forest was a really good kid who always tried to please and do right.  He was a LD student, but overcame that and at the end of his junior year he had a 3.0 grade point.  He loved football and very good at that sport, he played from little league through his junior year and also ran track.  He was very well liked by his friends and their parents and he had really good friends.  The summer of his junior year he got upset with me and my husband and decided he was 18 and no longer had to live under our roof and go by our rules and he moved out.  Beginning of his senior year he quit football and then started in the wrong direction, he hung out with different people and then stated smoking pot and getting caught with it at school a couple of times and eventually was expelled from school.

I know that the real Forest is really a good person with a good heart but he has really gotten on the wrong path and I hope that one day he will get his life back together and in the right direction.  He has told me he is sorry and that he knows I raised him better than this.  He always said he wanted to grow up and have a job where he wore a suit to work every day but I don't think he ever thought it would be a jailhouse suit.

Sincerely,

Cindy Daniel

