**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-22-111-2-PRW |
| | ) | |
| FOREST DUANE HAMMOND, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant Hammond filed a Motion for an Order Pursuant to ABA Rule 1.16(d) Directing Counsel to Surrender Papers Related to Criminal Case (Dkt. 83), requesting the Court to order his counsel to provide him with various documents. Defendant's counsel is directed to file a response to the Motion (Dkt. 83) on or before October 23, 2024.

**IT IS SO ORDERED** this 2nd day of October 2024.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1