# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

|                                  |   |                          |
|----------------------------------|---|--------------------------|
| UNITED STATES OF AMERICA,        | ) |                          |
|                                  | ) |                          |
| Plaintiff,                       | ) |                          |
|                                  | ) |                          |
| v.                               | ) | Case No. CR-22-111-2-PRW |
|                                  | ) |                          |
| FOREST DUANE HAMMOND,            | ) |                          |
|                                  | ) |                          |
| Defendant.                       | ) |                          |

## ORDER

Defendant Forest Duane Hammond filed a "Motion for an Order Pursuant to ABA Rule 1.16(d) Directing Counsel to Surrender Papers Related to Criminal Case" (Dkt. 83), asking the Court to order his counsel to provide him with various documents. Defendant's counsel filed a Response (Dkt. 85), indicating that he is prepared to turn over some of the documents requested by Defendant, including the Plea Agreement (Dkt. 44), Plea Supplement (Dkt. 45), and the Judgment and Commitment (Dkt. 76). The Court **GRANTS IN PART** the Motion (Dkt. 83). Counsel shall provide Defendant with these documents on or before December 2, 2024.

As for the transcripts requested by Defendant, Defendant has not complied with the procedure required to obtain transcripts at the Government's expense set forth in 28 U.S.C. § 753(f).[1] Without complying with the procedure to obtain transcripts at the Government's

---

[1] *See United States v. Austin*, 48 F.3d 1233, at *1 (10th Cir. 1995) (unpublished) ("An indigent defendant is entitled to have the government pay the fees for a copy of his transcript in a section 2255 proceeding only if he demonstrates that his suit is not frivolous

1

expense, Defendant may obtain the transcripts at his own cost by following the methods available to the public.[2] Thus, the Court **DENIES IN PART** the Motion (Dkt. 83).

    **IT IS SO ORDERED** this 4th day of November 2024.

 

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

and that the transcript is needed to decide the issue presented by the suit." (citing 28 U.S.C. § 753(f))); *United States v. Belair*, No. 17-40043-02-DDC, 2019 WL 3731888, at *1 (D. Kan. Aug. 8, 2019).

[2] *See* http://www.okwd.uscourts.gov/.